IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff. | ) | |
| v. | ) | Case No. 3:09-00167 |
| | ) | Chief Judge Haynes |
| LUTHER SMITH, | ) | |
| Defendant. | ) | |

## ORDER

The sentencing hearing is reset in this action for **Monday, August 19, 2013 at 11:00 a.m.**

It is so **ORDERED**.

**ENTERED** this the ____ day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court